SCHUSLER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 24, 1909.)

Action by George A. Schusler, as administrator, etc., of Louis Schusler, deceased, against the Erie Railroad Company. No opinion. Motion denied.